UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CLAUDE COX                                                                            PLAINTIFF

*v.*                                                    CIVIL ACTION NO. 3:12-CV-P516-R

LT. VENCENT et al.                                                                  DEFENDANTS

## MEMORANDUM AND ORDER

Plaintiff Claude Cox, *pro se*, filed a civil-rights complaint and an application to proceed without prepayment of fees.  This Court denied his application to proceed without prepayment of fees due to the three-strikes provision in 28 U.S.C. § 1915(g).  The Court ordered that Plaintiff pay the $350 filing fee for this action within 30 days of entry of this Order and that failure to pay the filing fee will result in dismissal of the instant action.

More than 30 days have passed since the Court entered its Order, and Plaintiff has not paid the filing fee.  Plaintiff having failed to pay the $350 filing fee as ordered by the Court, the Court, by separate Order, will dismiss this action pursuant to Fed. R. Civ. P. 41(b) for failure to comply with a prior Order of this Court and failure to prosecute.

Plaintiff remains obligated to pay the filing fee in full notwithstanding his failure to comply with the prior Order of this Court.  *McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997) ("We conclude that by *filing* the complaint or notice of appeal, the prisoner waives any objection to the fee assessment by the district court.") (emphasis added).

Accordingly, **the prior Order (DN 5) obligating Plaintiff to pay the $350.00 filing fee in this action remains in full effect**.

**IT IS THEREFORE ORDERED that the Kentucky State Penitentiary shall collect and forward the $350.00 from Plaintiff's inmate account to the Clerk for full payment of**

**the filing fee**.  The payment shall be sent to the following address:

Office of the Clerk
United States District Court
Western District of Kentucky
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, Kentucky 40202-2249

Date:

cc:      Plaintiff, *pro se*
         KSP, Attn. Inmate Accts., P.O. Box 5128, Eddyville, KY 42038
4413.009